IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **CLOIE TUCKER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **JEFFERSON OPERATOR, LLC d/b/a** | ) Civil Action No: 3:13-cv-00200 |
| **JEFFERSON CITY HEALTH AND** | ) |
| **REHABILITATION FACILITY;** | ) |
| **WILLIAM D. GRAY, JR.; AND** | ) |
| **NORTHPOINT SENIOR SERVICES,** | ) |
| **LLC, d/b/a PRESTIGE HEALTH CARE,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS JEFFERSON OPERATOR, LLC, d/b/a JEFFERSON CITY HEALTH AND REHABILITATION, WILLIAM D. GRAY, JR., AND NORTHPOINT SENIOR SERVICES, LLC d/b/a PRESTIGE HEALTHCARE, TO ANSWER OR OTHERWISE PLEAD**

The parties to this matter, Plaintiff Cloie Tucker and Defendants Jefferson Operator, LLC, d/b/a Jefferson City Health and Rehabilitation, William D. Gray, Jr., and Northpoint Senior Services, LLC d/b/a Prestige Healthcare, hereby stipulate and agree to an extension of time for Defendants Jefferson Operator, LLC, d/b/a Jefferson City Health and Rehabilitation, William D. Gray, Jr., and Northpoint Senior Services, LLC d/b/a Prestige Healthcare, to answer or otherwise plead to Plaintiff's Complaint, up to and including May, 28, 2013.

AGREED AND STIPULATED THIS 6TH day of May, 2013:

| | |
|---|---|
| s/ Link A. Gibbons *(with express permission)* | s/ Pamela R. Irons |
| Link A. Gibbons, Esq. (TN #022799) | Pamela R. Irons, Esq. (TN # 023707) |
| LAW OFFICE OF LINK GIBBONS | Robbin W. Hutton, Esq.** (TN #019440) |
| P.O. Box 2248 | JACKSON LEWIS LLP |
| Morristown, Tennessee 37816 | 999 Shady Grove Road, Suite 110 |
| Telephone: (423) 839-0990 | Memphis, Tennessee 38120 |
| Facsimile: (423) 839-1306 | Telephone: (901) 462-2600 |
| Email: link@linkgibbonslaw.com | Email: ironsp@jacksonlewis.com |
| | robbin.hutton@jacksonlewis.com |
| ATTORNEY FOR PLAINTIFF | **Application for Pro Hac Vice Pending* |
| | ATTORNEYS FOR DEFENDANTS |

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May 2013, I electronically filed the foregoing **Stipulation for Extension of Time for Defendants to Answer or Otherwise Plead** with the Court using the CM/ECF electronic filing system which will automatically send email notification of such filing to the following attorney(s) of record:

> Link A. Gibbons, Esquire (TN #022799)
> LAW OFFICE OF LINK GIBBONS
> P.O. Box 2248
> Morristown, TN 37816
> Telephone: (423) 839-0990
> Facsimile: (423) 839-1306
> Email: link@linkgibbonslaw.com
>
> ATTORNEY FOR PLAINTIFF

s/ Pamela R. Irons
Pamela R. Irons (TN #023707)
*Counsel for Defendants*

4815-9293-0835, v. 1