IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CLOIE TUCKER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| JEFFERSON OPERATOR, LLC, d/b/a ) | Civil Action No.: 3:13-CV-00200 |
| JEFFERSON CITY HEALTH AND ) | |
| REHABILITATION FACITLY; ) | |
| WILLIAM D. GRAY, JR.; AND ) | |
| NORTHPOINT SENIOR SERVICES, ) | |
| LLC, d/b/a PRESTIGE HEALTH CARE, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Jefferson Operator LLC, d/b/a Jefferson City Health and Rehabilitation Facility, states that it is a privately held corporation and is not a publicly traded company.

Defendant Northpoint Senior Services, LLC is an improperly named Defendant and is a privately held corporation that is not publicly traded.

Respectfully submitted,

 s/ Robbin Hutton
Robbin Hutton (TN Bar No. 019440)
JACKSON LEWIS LLP
999 Shady Grove Road, Suite 110
Memphis, TN 38120
Telephone: (901) 462-2600
Facsimile:  (901) 462-2626
Email: robbin.hutton@jacksonlewis.com

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June, 2013, I electronically filed the **Defendant's Corporate Disclosure Statement** with the Clerk of Court using the Court's CM/ECF system which will automatically send email notification of such filing to the following attorney(s) of record:

> Link A. Gibbons, Esquire (TN #022799)
> LAW OFFICE OF LINK GIBBONS
> P.O. Box 2248
> Morristown, Tennessee 37816
> Telephone: (423) 839-0990
> Facsimile: (423) 839-1306
> Email: link@linkgibbonslaw.com
>
> *Attorney for Plaintiff*

> s/ Robbin Hutton
> Robbin Hutton (TN Bar No. 019440)
> JACKSON LEWIS LLP
> 999 Shady Grove Road, Suite 110
> Memphis, TN 38120
> Telephone: (901) 462-2600
> Email: robbin.hutton@jacksonlewis.com
>
> *Counsel for Defendants*

4821-2458-9588, v. 1